## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

The Triibe, Inc.

                        Plaintiff,

v.                                                    Case No.: 1:22−cv−02988
                                                        Honorable Matthew F. Kennelly

One Tribe, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 24, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for entry of an order of default is granted in light of defendants' failure to file an answer to the complaint (or seek an extension of time) following denial of their motion to dismiss. Defendants One Tribe, LLC and Christopher Morris are hereby held in default. The case is set for a telephonic status hearing before Judge Kennelly on 1/4/2023 at 8:55 AM, using call−in number 888−684−8852, access code 746−1053. The primary purpose of the status hearing will be to set a date for a prove−up and a deadline for plaintiff to submit materials in support of the entry of a judgment. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.