## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **THE TRIIBE®, INC.**, an Illinois Corporation, | ) |
| Plaintiff, | ) Case No.: 22 CV 2988 |
| v. | ) |
| **ONE TRIBE, LLC**, an Illinois Corporation, and **CHRISTOPHER MORRIS**, an individual, | ) |
| Defendants. | ) |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

COMES NOW, the Plaintiff, The TRiiBE, Inc., and the Defendants, One Tribe, LLC and Christopher Morris, by and through their respective attorneys, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

**STATEMENT OF FACTS**:

1. The parties have reached a settlement agreement resolving all claims asserted in this action.

2. The parties desire to dismiss this case with prejudice to reflect the final resolution of all disputes.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. This action, including all claims and counterclaims, be dismissed with prejudice.

2. Each party shall bear their own costs and attorney's fees incurred in this litigation.

Jointly submitted,

| | |
|---|---|
| ***Plaintiff THE TRIIBE®, Inc.*** | ***Defendants One Tribe, LLC and Christopher Morris*** |
| By:  /s Michelle Ware Skinner     | By:  /s Daniel A. Dailey     |
| Michelle Ware Skinner<br>Michael B. Cohen<br>Mark Shure<br>EM3, LLP<br>77 West Wacker Drive<br>Suite 4500<br>Chicago, IL 60601<br>mskinner@em3law.com<br>mcohen@em3law.com<br>mshure@em3law.com<br>(312) 803-0378 | Daniel A. Dailey IL Bar: # 6312616<br>*Chief Federal Litigation Counsel*<br>KINGDOM LITIGATORS,<br>INTERNATIONAL LTD.<br>18154 Harwood Ave. Ste. 108 A<br>Homewood, IL 60430<br>Direct: (312) 545-1383<br>Fax: (312) 277-1383<br> Inc. A Public Interest Law Firm<br>73 E. Monroe Ste. 500<br>Chicago, IL 60603<br>Email: ddailey@kglit.com |

SO ORDERED :

_____

## CERTIFICATE OF SERVICE

      I, Michelle Ware Skinner, an attorney, certify that I caused a copy of the enclosed **JOINT STIPULATION TO DISMISS WITH PREJUDICE** to be served upon the following individual(s), by deposit in the U.S. Mail box at 77 West Wacker Drive, Suite 4500, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, FedEx overnight delivery, facsimile transmitted from (312) 873-4421, electronic mail, or Odyssey/Case Management Electronic Case Filing System ("CM/ECF"), as indicated below, on January 3, 2025.

|  |  |
|---|---|
| | ***Attorney for Defendants*** |
| | Daniel A. Dailey |
| ☒ Odyssey/CM/ECF | Kingdom Litigators, Inc. |
| ☐ Facsimile/___ Pages | 73 W Monroe Ste. 500 |
| ☐ Email | Chicago, IL 60603 |
| ☐ U.S. Mail | ddailey@kingdomlitigators.com |
| ☐ Messenger | |

                                                /s/ Michelle Ware Skinner

Michelle Ware Skinner
Michael B. Cohen
Edwards Maxon Mago & Macaulay, LLP
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.: (312) 803-0378
Fax: (312) 873-4421
E-mail: mskinner@em3law.com
mcohen@em3law.com