**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

The Triibe, Inc.
                      Plaintiff,

v.                                         Case No.: 1:22−cv−02988
                                                      Honorable Matthew F. Kennelly

One Tribe, LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 6, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: All claims and counterclaims in this case are hereby dismissed with prejudice and without costs pursuant to the parties' stipulation. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.